**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 20, 2021

<u>By Email and ECF</u>

Marietou Diouf
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn, NY 11201

      **Re: United States v. Ashraf Omar Eldarir**
        **20-CR-243 (LDH)**

Dear Ms. Diouf:

  In response to your September 10th letter responding to my supplemental discovery requests, I am providing an affirmation from Kevin M. Smith, the computer forensics expert my office has retained.

  The attached affirmation pertains to requests 1 and 2, for the entire case file for the phone analyses and extractions and the original image or extraction, since we understand that the UFDR report you previously provided is not the original image. Mr. Smith's affirmation explains why, as he summarizes, "the UFDR file is not identical to the original image file and may not contain all of the data from the original image file."

  In response to your invitation to examine the original image at HSI, Mr. Smith – who works out of Colorado – explains that this "not the most cost and time effective means to review the original image"; that "it is common practice within our industry to distribute image files between opposing experts for said experts to properly analyze the same data utilizing the appropriate tools in their own labs" (unless, as is not the case here, the evidence to be analyzed contains contraband data such as child pornography); and that "[i]mage files are easily verifiable and transferable from expert to expert via secure file transfer, or through registered mail on digital media such as a USB drive."

  Based on the above, we reiterate our requests for the entire case file including the original image or extraction so that our computer forensics expert can conduct his own independent review and analysis.

  Thank you for your attention to this matter.

1

                    Yours Truly,

                    _____/s/_____
                    Kannan Sundaram
                    Federal Defenders of New York
                    One Pierrepont Plaza, 16th Floor
                    Brooklyn, NY  11201

Cc:    Clerk of the Court (LDH) (by ECF)

Encl.