# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 21, 2021

By Email and ECF
 Marietou Diouf
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Ashraf Omar Eldarir**
**20-CR-243 (LDH)**

Dear Ms. Diouf:

Attached please find a report prepared by Kevin M. Smith of Atlantic Data Forensics, the computer forensics expert my office has retained in connection with this case. The report summarizes Mr. Smith's review and general findings of his review of a UFDR pertaining to HSI's analysis of Mr. Eldarir's cell phone, and states his opinion as to when the phone was placed in Airplane Mode.

Pursuant to our discussions today, I understand that the HSI will be sending Mr. Smith a USB with the original image file. If Mr. Smith prepares any additional reports based on his review of that file, I will provide them to you as soon as I receive them.

Yours Truly,

_____/s/_____
Kannan Sundaram
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

Cc:     Clerk of the Court (LDH) (by ECF)

Encl.

1