

**Computer Forensics | E-Discovery | Incident Response | Expert Witness**

<u>**VIA SECURE FILE TRANSFER**</u>

Kannan Sundaram, Esq.                                                    September 19, 2021
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

**Subject: Review of UFED Physical Analyzer Report Package (UFDR) File**

1.  This report summarizes, at a high level, the review undertaken and the general findings of the review of "AppleDevice_AdvancedLogical_2020-01-23_Report.ufdr", a UFDR[1] pertaining to previous analysis conducted by HSI CFA Scott Delaney of a mobile device belonging to Ashraf Omar Eldarir.  This letter is not a Computer Forensic Report and does not provide the same level of detail or description regarding data, methodologies, tools, evidence documentation, or findings as that which would be included in a formal report.

2.  On September 1, 2021, Atlantic Data Forensics (ADF) was engaged by Counsel to assist with reviewing the contents of a UFDR file.  Specifically, Counsel asked for assistance in determining if the file contained any information pertaining to the devices network connectivity and usage of "Airplane Mode" on January 22, 2020. Airplane Mode is a mobile setting that switches off your phone's connection to cellular[2] and Wi-Fi networks[3].

3.  The file "AppleDevice_AdvancedLogical_2020-01-23_Report.ufdr", contains data from the logical extraction of an Apple iPhone 7 on 1/23/2020 at 15:04:42 PM. It should be noted, a UFDR is a report created from a forensic image[4] of a mobile device and is NOT an original image and does not contain all the same data contained within an original forensic image.

4.  ADF conducted a review of the data provided, which disclosed the following:

    a.  Analysis of wireless network connectivity connections on this device disclosed a connection to a network named "EgyptAir" at 1/22/2020 01:30:21 (UTC-5). Subsequently, this device connects to a network named "Cairo Airport" at 1/22/2020 01:31:59 (UTC-5).
    b.  Analysis of WhatsApp messages on this device disclosed numerous incoming and outgoing messages using the WhatsApp application between 1/22/2020 01:46:35 (UTC-5) and 1/22/2020 17:00:22 (UTC-5), indicating network connectivity.

---

[1] UFDR file extension is native to files created by UFED Physical Analyzer, an advanced data extraction, analysis, and decoding software.

[2] Cellular networks are high-speed, high-capacity voice and data communication networks with enhanced multimedia and seamless roaming capabilities for supporting cellular devices

[3] A WiFi network is simply an internet connection that's shared with multiple devices in a home or business via a wireless router.

[4] A forensic image is a special type of copy of the original evidence, it contains all the data extracted from a device, but that data is encapsulated in a forensic file format.

    c. Analysis of internet activity on this device disclosed various websites were accessed by this device between 1/22/2020 01:33:22 (UTC-5) and 1/22/2020 02:30:29 (UTC-5), indicating network connectivity.

    d. Analysis of various databases[5] stored on this device disclosed numerous log entries between 1/22/2020 01:31:27 (UTC-5) and 1/22/2020 18:04:53 (UTC-5) indicating several applications and system processes were sending and receiving data, indicating network connectivity.

    e. Analysis of property list (plist) files stored on this device disclosed Airplane Mode was last enabled on this device on 1/22/2020 18:05:27 (UTC-5).

5. Based on the above findings, it is my opinion that the device associated with the data in the UFDR provided for review was placed in Airplane Mode on 1/22/2020 18:05:27 (UTC-5) and prior to this time there is significant evidence to suggest connectivity to multiple networks.

6. If you have questions about information provided in this document or associated attachments, please contact the undersigned at (410) 540-9000.

Sincerely,

_____

Kevin M. Smith
Senior Forensic Examiner
Atlantic Data Forensics (Colorado Office)
(410) 805-3541

---

[5] A database is an organized collection of structured information, or data, typically stored electronically in a computer system.