Beatrice Eldarir
530 W. 55th St., Apt. 12F
New York, New York 10019

Judge Rachel P. Kovner

Dear Judge Kovner,

My name is Beatrice Eldarir, and I was married to Ashraf Eldarir from 1996 to 2009. Our marriage was a significant chapter in my life, marked by both profound happiness and considerable hardship. Ashraf's unwavering support during challenging times, particularly my serious medical issues, left an indelible mark on me. His dedication went beyond the ordinary; he tirelessly pursued diagnoses for my undiagnosed illnesses, even advocating for me with doctors who initially offered no solutions. In 2003, he rushed me to the hospital for life-saving surgery, a procedure that unfortunately resulted in medical malpractice, leaving me with enduring pain. During my recovery, which spanned a year, Ashraf forwent his own aspirations to become a licensed physician in the USA, instead working double shifts to support us. This selfless act, coupled with his unwavering commitment to his family in Egypt (his parents and five siblings), demonstrated the depth of his character.

He is the eldest son, shouldering the immense responsibility of providing for his extended family. He never complained about the burdens he carried, sacrificing his dreams to ensure his siblings received the education and opportunities they deserved, even financing his sisters' weddings on a cab driver's salary. His compassion extended beyond his family; he cared for my dying brother, Alfred, visiting him three times a week at Staten Island Memorial Hospital until his passing. He also supported my brother's daughter and her children, all of whom held him in high regard.

Ashraf's commitment to his community was equally remarkable. His actions on September 11th, 2001, when he rescued five strangers from the World Trade Center, driving them to safety, is a testament to his courage and selflessness.

Our divorce was amicable and we have remain friends to this day. He has since rebuilt his life, establishing a family with a wife and three young sons who are everything to him. The arrest caused immeasurable pain, particularly for his mother, upon hearing of it, had a stroke and died within a month. Over the past few years he endured the loss of his mother, the separation from his wife and children during the first three years of COVID until they could be reunited in the US, and the loss of his assets. To this day he has continued to work tirelessly to provide for his family, despite having various health challenges. His resilience in the face of such profound adversity is a testament to his strength and spirit. He has spoken to me many times of his remorse and learned his lesson. I know because his sole focus is on providing for his family.

Ashraf is the sole provider for his wife and three sons. He loves them dearly and has done everything within his means to maintain a household for his family. I can attest to his good character and love for those around him.

Sincerely,

Beatrice Eldarir

Beatrice Eldarir

Heba Elsawy

153 Stroud Avenue

Staten Island, NY 10312

(917) 346-7251

July 25, 2025

Dear Judge Rachel P. Kovner

My name is Heba Elsawy. I am Ashraf Al-Darir's wife and the mother of his three children, whose names are:

Omar Ashraf Al-Darir - eleven years old

Ali Ashraf Al-Darir - eleven years old

Uday Ashraf Al-Darir - eight years old

I married Ashraf in 2013.

Ashraf has been and still is a wonderful husband to me and a wonderful father to our three children.

Ashraf is the only source of income for this family. Without him, we would not be able to survive. I do not work and I have no relatives. I do not speak English well. Ashraf is the one who deals with schools and doctors for our children.

We have suffered greatly because of this case since Ashraf arrived in the United States on 01/20/2020, particularly on 02/10/2020 when the Egyptian Attorney General issued a decision to freeze all of our assets and savings at the banks due to this case. When we tried to return and reunite with my husband in our country, the United States, specifically in mid-August 2020, my American-born children and I were surprised at Cairo International Airport that we were banned from traveling for a reason unrelated to us.

Finally, after three years and eight months of suffering, the attorneys' attempts, and the efforts of United States Congressmen, the travel ban was lifted, but they kept our money and possessions. During this period, the children suffered psychological problems due to their separation from their father. They were treated by a psychologist, but they only improved once reunited with their father. Our children are strongly attached to their father, and I cannot imagine them being separated from him for even one day. This will inevitably lead to their psychological and physical breakdown, particularly our youngest son, Uday, who needs physical therapy three times a week, indefinitely, because he suffers from muscular dystrophy, which he was recently diagnosed with.

Ashraf and I got engaged in 2012, while my mother was ill. Ashraf would take care of her. He would take her to her doctors' appointments and administer the medications necessary to treat her.

Ashraf would feed over a thousand poor people every year.

Ashraf would give money to needy families.

He would take care of his parents, particularly during their illness.

He would take care of his siblings and their children.

Ashraf is the eldest son in his family. He took it upon himself to care for his parents before their deaths, and to also take care of his siblings. When Ashraf's mother learned that he had been arrested in connection with this case, she could not bear the news and suffered a stroke. She passed away shortly thereafter.

Despite his deteriorating health, Ashraf works 12-hour days, six days a week, to cover our daily needs.

My husband is kind-hearted and has high morals. Everyone who deals with him knows that.

Your Honor, I do not want to discuss the details of the case, but there is something you should be aware of. Before my husband traveled to the United States, he was worried about my children and me. As a result, he moved us to a new home that no one knew about, fearing threats of kidnapping and killing me and our children. Prior thereto, his apartment in his father's building had been robbed, and the thieves were the same people who were threatening us. After he arrived in the United States and was arrested, there was an attempt to kill my children and me, but we miraculously survived.

What I want to tell you is that, on the day of his departure, Ashraf took no bag with him. Rather, he was forced to take the bags under threat. Ashraf is the victim, not the perpetrator.


Finally, Your Honor, I beg you, for the sake of our three children and for the sake of humanity, to be merciful to my husband and the father of my children. We cannot live without him.


Thank you,

Heba Elsawy

To the Honorable Judge / Rachel P.  Kovner:

Our names are:
Nadia Omar Al-Darir
Noura Omar Al-Darir
Suhair Omar Al-Darir
Faten Omar Al-Darir
We are the sisters of / Ashraf Omar Al-Darir
Ashraf is our eldest brother — he's like a second father to us

Ashraf has been a role model for us since we were young. He was also our protector throughout our childhood. With our father working most of the time, it was Ashraf who helped us with our studies and guided us toward good morals. Ashraf excelled academically and was a top student. We all excelled academically under Ashraf's guidance.

Ashraf has taken it upon himself, since childhood, to help us in all aspects of life, morally and materially. Ashraf is the one who paid the university fees for all of us. Ashraf is the one who paid the wedding expenses for all of us. Our marriage took place in 2003.

Even after marriage, he would solve any problem we face in our lives, and he was a wonderful maternal uncle to our children. Even after that case, Ashraf would support us.

Ashraf has a calm, rational, high moral and peaceful personality.

Ashraf would help anyone, whether a stranger or a relative, and never hesitated to offer support. For example, we recently found out — purely by chance — that he had supported an entire low-income family (a father, mother, and three children) for twenty years without telling anyone. We only learned about it recently from the parents of that family.

When our father fell ill, it was Ashraf who took him to the doctors and helped detect the cancer early. Thanks to that, our father was treated and recovered for a long time. Unfortunately, the illness returned later, but Ashraf never gave up on him. He took him to the best specialists, and when the doctors recommended an extremely expensive treatment, Ashraf didn't hesitate—he spent everything he had to ensure our father received the care he needed.

Every year during the holy month of Ramadan, Ashraf would feed over a thousand people and give money to the poor to help them get by.

Ashraf went through immense hardship after his arrest in connection with this case. The Egyptian government confiscated all his assets, and his American-born children were barred from traveling to be with him or living with him in their own country, the United States. What hurt the most was when our mother suffered a stroke upon hearing the news of his arrest and passed away just a month later. Ashraf had always been the one who took care of her, but because of the case, he was unable to be there for her—and he couldn't even attend her funeral.

Despite all of these difficulties, which could break any man, Ashraf has not given up and continues to work so he can support his family.

Finally, Ashraf has been reunited with his family after four years of separation, and he has been able to provide them with a decent life.

All Ashraf wishes for is to raise his children in peace and safety, and to be a positive presence in their lives.
We are certain that Ashraf aims for a good future for his children.
Thank you

| | | | |
|---|---|---|---|
| 1. | Nadia Omar Al- | [signature] | Darir |
| 2. | Noura Omar Al- | [signature] | Darir |
| 3. | Suhair Omar Al- | [signature] | Darir |
| 4. | Faten Omar Al- | [signature] | Darir |

[hw:] *April 10, 2025*

**Mail body: To the Honorable Judge / Rachel P. Kovner:**

Sent from my iPhone

Patricia Heffley
511 w 20th st #4
NY, NY 10011
646 489 5963

April 15, 2025

To: Judge Rachel P. Kovner

Dear Judge Kovner,

My name is Patty Heffley and I am close friends with Beatrice Eldarir who I met at work in 2008. I have known her through the years and later became friends with her ex-husband Ashraf who I have gotten to know as well. I am writing in support of Ashraf Eldarir and who I know him to be.

I got to know Ashraf better during the COVID crisis. In the first months of 2020 his wife and 3 children were to come to the USA and be reunited with him. He had prepared the home, and filled the refrigerator with food. He was so happy that they were coming. Then they were not able to come. He was extremely disappointed. His family is his life. So he just worked and worked through COVID driving Uber and saving money for the day they might come. He worked all the time and was also dealing with health problems and grief of missing his family.

A few years ago Ashraf got COVID and was extremely ill. I ordered a car for him to go to Brooklyn to recover as he was living alone before his family came. When he was better he delivered to me a beautiful assortment of foods from his country of Egypt to thank me, all of his favorite things I would never have known about. He was extremely thankful.

Most of all I can say is Ashraf loves his children. He does all he can to care for them even with his illnesses and pressures of the job and life. He is a caring and humble person with lots of kindness and a good heart. He loves his family and his family loves and needs him. I don't know what else to say except he has always shown grace and kindness to me.

Sincerely,

Patricia Heffley